RICHARDS v. STATE. (4 Div. 801.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Barbour County; J. S. Williams. Judge.

BRICKEN, P. J. Appeal dismissed.

(95 South. 926)

RICHARDS v. STATE. (4 Div. 802.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge.

SAMFORD, J. Appeal dismissed.

(95 South. 926)

RICHARDSON LUMBER CO. v. FUT-RELL. (8 Div. 906.) (Court of Appeals of Alabama. Feb. 1, 1923.) Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge.

PER CURIAM. Dismissed for want of prosecution.

(95 South. 926)

RIMES v. STATE. (4 Div. 808.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. A. D. Wood, of Columbia, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed.

(97 South. 924)

R. J. BARR MOTOR. CO. v. Margaret M. BAKER. (4 Div. 888.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Pike County; Arthur B. Foster, Judge. A. G. Seay, of Troy, for appellant. W. L. Parks and D. A. Baker, both of Troy, for appellee.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(99 South. 926)

Powhatan ROACH v. STATE. (8 Div. 155.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Murder in second degree.

SAMFORD, J. Appeal dismissed on motion of appellant.

(94 South. 926)

ROBINSON v. STATE. (1 Div. 480.) (Court. of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Geo. B. Cleveland, Jr., of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted of forgery, and from the judgment he appeals. There is no bill of exceptions, and no error apparent on the record. The judgment is affirmed. Affirmed.

MERRITT, J., not sitting.

(95 South. 926)

RODEN v. STATE. (8 Div. 999.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

BRICKEN, P. J. Appeal dismissed.

(98 South. 925)

Allen RODEN v. STATE. (7 Div. 914.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Prosecution for distilling.

SAMFORD, J. Appeal dismissed

(95 South. 926)

RODGERS v. TOWN of LUVERNE. (4 Div. 806.) (Court of Appeals of Alabama. Jan. 18, 1923.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 925)

Grady ROSS v. STATE. (7 Div. 999.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

FOSTER, J. Appeal dismissed.

(98 South. 925)

ROSS TRANSFER & SUPPLY CO. v. Floyd DORSEY. (6 Div. 319.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Frank Deedmeyer and Jas. A. Mitchell, both of Birmingham, for appellant. John W. Altman, of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed upon motion of appellant.

(98 South. 925)

James RYALS v. STATE. (1 Div. 511.) (Court of Appeals of Alabama. Nov. 20. 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

FOSTER, J. Affirmed.